**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett (SBN 005855)
gbarrett@wardkeenanbarrett.com
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel:   (602) 279-1717
Fax:  (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Encinas,<br><br>                Plaintiff,<br><br>   v.<br><br>Office Depot, LLC.<br><br>                Defendant. | No. 2:24-cv-01463-JJT<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

    Plaintiff Nancy Encinas voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 13, 2024

                                          Respectfully submitted,

                                          **WARD, KEENAN & BARRETT, P.C.**

                                          */s/ Gerald Barrett*

                                          Gerald Barrett (SBN 005855)
                                          gbarrett@wardkeenanbarrett.com
                                          3838 N. Central Avenue, Suite 1720

Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Mary Farley